IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
FEB 2 0 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-144-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| ARTHUR CHARLES KESTNER, | |
| Defendant. | |

Upon Defendant's Unopposed Motion for Early Termination of Supervision (Doc. 37), pursuant to 18 U.S.C. §3583(e)(1) and Fed. R.Crim.P. Rule 32.1(c)(2), and for good cause being shown,

IT IS HEREBY ORDERED that Defendant's Motion is **GRANTED.**

IT IS FURTHER ORDERED that Defendant, Arthur Charles Kestner, is released from supervision effective immediately.

The Clerk of Court is directed to notify counsel and the U.S. Probation Office of the making of this Order.

DATED this 20th day of February, 2019.

SUSAN P. WATTERS
United States District Judge

1